# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| WILLIAM HAMILTON,<br><br>        Plaintiff,<br><br>vs.<br><br>GK NEVADA, LLC,<br><br>        Defendant. | 2:12-cv-01899-GMN-CWH<br><br>**ORDER**<br><br>[Motion for Waiver of Attendance of Insurance Representative at ENE Session #11] |

    Before the Court is Motion for Waiver of Attendance of Insurance Representative at ENE Session (#11).

    Defendant requests to excuse the physical attendance of Matthew Glade, the insurance representative for Monitor Liability. Coverage by Monitor Liability has not been established and Centennial stated that they will have a settlement position ready for the ENE session.

    Based on the representations made in the motion, Mr. Matthew Glade's physical attendance is excused from the ENE session scheduled for Monday, January 14, 2013.

    IT IS HEREBY ORDERED that the Motion for Waiver of Attendance of Insurance Representative at ENE Session (#11) is GRANTED.

    IT IS FURTHER ORDERED that Mr. Matthew Glade must participate telephonically at the ENE session scheduled for Monday, January 14, 2013 at 10:00 a.m.

    DATED this 10th day of January, 2013.

                                                                             CAM FERENBACH<br>
                                                                            UNITED STATES MAGISTRATE JUDGE